### In re District Judge Ronald F. KILBURN

[730 A.2d 597]

No. 99-025

March 23, 1999. Upon recommendation of the Judicial Conduct Board and no appeal having been filed, the recommendation of the Judicial Conduct Board filed on January 14, 1999, is approved and District Judge Ronald F. Kilburn is hereby publicly reprimanded for violating Canon 3B(7) by improperly considering ex parte communications. Rules of Supreme Court for Disciplinary Control of Judges, Rule 11.